COMMISSIONER OF INTERNAL REVENUE v. Alice E. DAVIDSON.

No. 3111.

Circuit Court of Appeals, Tenth Circuit.

Sept. 4, 1945.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and J. P. Wenchel, Chief Counsel, and Claude R. Marshall, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for petitioner.

Robert E. Mark, of Salt Lake City, Utah, for respondents.

Before PHILLIPS, HUXMAN, and MURRAH, Circuit Judges.

PER CURIAM.

Petitions for review dismissed on application of petitioner and stipulation of the parties.

COMMISSIONER OF INTERNAL REVENUE v. ESTATE of Alma FISHER, Deceased, Frank A. Fisher, Executor.

No. 3112.

Circuit Court of Appeals, Tenth Circuit.

Sept. 4, 1945.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and J. P. Wenchel, Chief Counsel, and Claude R. Marshall, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for petitioner.

Robert E. Mark, of Salt Lake City, Utah, for respondents.

Before PHILLIPS, HUXMAN, and MURRAH, Circuit Judges.

PER CURIAM.

Petitions for review dismissed on application of petitioner and stipulation of the parties.

COMMISSIONER OF INTERNAL REVENUE v. Albert B. FISHER.

No. 3113.

Circuit Court of Appeals, Tenth Circuit.

Sept. 4, 1945.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and J. P. Wenchel, Chief Counsel, and Claude R. Marshall, Sp. Atty., Bureau of Internal Revenue, both of Washington, D.C., for petitioner.

Robert E. Mark, of Salt Lake City, Utah, for respondents.

Before PHILLIPS, HUXMAN, and MURRAH, Circuit Judges.

PER CURIAM.

Petitions for review dismissed on application of petitioner and stipulation of the parties.